UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STERILE CONTAINMENT
TECHNOLOGIES, LLC

    Plaintiff,

    v.

NELSON LABORATORIES, INC.

    Defendant.
_____/

No. C 06-3852 PJH

**NOTICE AND ORDER
CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion for Rule 11 sanctions, which was previously set for April 11, 2007, at 9:00 a.m., has been CONTINUED to April 18, 2007, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: April 4, 2007

PHYLLIS J. HAMILTON
United States District Judge