**JEFFORD C. DAVIS, Bar No.: 187814**
**LAW OFFICES OF JEFFORD C. DAVIS**
**238 S. Orange Avenue, Suite 201**
**Brea, California  92821**
**Telephone:  (714) 255-0145**
**Fax:  (714) 529-0208**

Attorneys for Plaintiff,
Sterile Containment Technologies, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERILE CONTAINMENT TECHNOLOGIES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NELSON LABORATORIES, INC., a Utah Corporation,<br><br>Defendant. | CASE NO.: C06-03852<br><br>**[PROPOSED] ORDER RE CONTINUING DATE FOR EXPERT WITNESS DISCLOSURE AND EXTENDING EXPERT WITNESS DISCOVERY CUT OFF** |

///

///

///

///

///

1
[PROPOSED] ORDER RE STIPULATION TO CONTINUE DATE FOR EXPERT WITNESS DISCLOSURE

1  The Court has received the Stipulation To Extend Time For Expert Witnesses
2  Disclosure And To Extend Expert Witness Discovery Cut Off, filed by Jefford C. Davis attorney
3  for Plaintiff.  Having considered the contents of the Stipulation and good cause appearing
4  therein, **IT IS HEREBY ORDERED AS FOLLOWS**:

   The date for expert witness disclosure, presently scheduled for April 30, 207,
is hereby continued to May 14, 2007, and based thereon, the cutoff for expert witness discovery is
hereby continued to June 27, 2007.  The non-expert discovery cutoff previously orderd shall not be
changed.

**SO ORDERED:**

Dated: May 2, 2007

_____
THE HO[N]. ...HAMILTOPN
JUDGE ... DISCTRICT
COURT ... [DI]STRICT OF
CALIFOR[NIA]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

SUBMITTED BY:        LAW OFFICES OF JEFFORD C. DAVIS

By: _____
    Jefford C. Davis,
    Attorney for Plaintiff