1  LARRY R. LAYCOCK *(Admitted Pro Hac Vice)*
      llaycock@wnlaw.com
2  DAVID R. WRIGHT *(Admitted Pro Hac Vice)*
      aleavitt@wnlaw.com
3  STERLING A. BRENNAN (CSB No. 126019)
      sbrennan@wnlaw.com
4  JAMES B. BELSHE *(Admitted Pro Hac Vice)*
5     jbelshe@wnlaw.com
   WORKMAN NYDEGGER
6  60 East South Temple, Suite 1000
   Salt Lake City, Utah 84111
7  Telephone: (801) 533-9800
8  Facsimile:  (801) 328-1707

9  NORMAN J. ROGER (CSB No. 62554)
      nroger@rshllp.com
10 ROGER, SCOTT & HELMER, LLP
11 1001 Marshall Street, Ste 400
   Redwood City, CA 94063
12 Telephone: (650) 365-7700

13 Attorneys for Defendant
   NELSON LABORATORIES, INC.
14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STERILE CONTAINMENT TECHNOLOGY, LLC, a California Limited Liability Company,<br><br>              Plaintiff,<br><br>     v.<br><br>NELSON LABORATORIES, INC., a Utah Corporation,<br><br>              Defendant. | Case No. C06-03852 PJH<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

25  //
26  //
27  //
28  //

---

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE                    1                    CASE NO. C06-03852 PJH

1  IT IS HEREBY ORDERED that, upon the stipulation of all parties hereto, this action is hereby
2  dismissed with prejudice and without the payment of costs or fees by either side to the other.
3  Dated this ___29th___ day of ___August___, 2007.



J:\1504513\079 Proposed Order.doc

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

2

CASE NO. C06-03852 PJH